**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Key Realty, Ltd. v. Hall*, Slip Opinion No. 2022-Ohio-1199.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-1199

KEY REALTY, LIMITED, APPELLEE, *v.* HALL ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Key Realty, Ltd. v. Hall*, Slip Opinion No. 2022-Ohio-1199.]**

*Court of appeals' judgment affirmed on the authority of* Jezerinac v. Dioun.

(No. 2021-1330—Submitted March 29, 2022—Decided April 13, 2022.)

APPEAL from the Court of Appeals for Lucas County,

No. L-19-1237, 2021-Ohio-1868.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Jezerinac v. Dioun*, ___ Ohio St.3d ___, 2022-Ohio-509, ___ N.E.3d ___.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER JJ., concur.

_____

Shumaker, Loop & Kendrick, L.L.P., Gregory H. Wagoner, and Nicholas T. Stack, for appellee.

NachtLaw, P.C., and David A. Nacht, for appellant Michael Hall.

Marshall & Melhorn, L.L.C., and Roman Arce, for appellants Heather Hall, Kenton Fairchild, and Red 1 Realty, L.L.C.

_____